**644**

Rosalynn Koch, Assistant Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before SPINDEN, C.J., EDWIN H. SMITH, J., and TURNAGE, Sr. J.

### Order

Before ELLIS, P.J., and EDWIN H. SMITH and HOWARD, JJ.

### Order

PER CURIAM.

Michael McKibben appeals from the trial court's denial of his Rule 29.15 motion for postconviction relief. In his sole point on appeal, McKibben contends that the motion court clearly erred in overruling his motion because he was denied effective assistance of counsel in that his trial counsel 1) stipulated to the foundation of the time card of Steven McKibben, Michael McKibben's brother; and 2) failed to object to the relevance of the time card.

Affirmed. Rule 84.16(b).

**Michael McKIBBEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 59859.

Missouri Court of Appeals,
Western District.

March 19, 2002.

John M. Schilmoeller, Assistant Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Assistant Attorney General, Jefferson City, MO, for respondent.